Robert C. Niesley, Bar No. 131373
rniesley@watttieder.com
Donna R. Tobar, Bar No. 223149
dtobar@watttieder.com
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
Irvine, California 92614
Telephone: 949-852-6700
Facsimile: 949-261-0771

Attorneys for Plaintiff
HARTFORD INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation, for itself and as assignee and subrogee of CHEGINI ENTERPRISES, INC., dba SMC CONSTRUCTION COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>OCEANS - ONE INTERIOR DRYWALL, INC. dba A & P DRYWALL, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.<br><br>**HARTFORD FIRE INSURANCE COMPANY'S CERTIFICATION AS TO INTERESTED PARTIES** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Rule 7.1 of the <u>Federal Rules of Civil Procedure</u> and Rule 7.1-1 of the Local Rules for the U.S. District Court, Central District of California, Plaintiff HARTFORD FIRE INSURANCE COMPANY, for itself and as assignee and subrogee of CHEGINI ENTERPRISES, INC., dba SMC CONSTRUCTION COMPANY ("SMC"), hereby provides the following Certification As to Interested Parties:

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

**CERTIFICATION AS TO INTERESTED PARTIES**

The undersigned, counsel of record for Plaintiff HARTFORD FIRE INSURANCE COMPANY ("HARTFORD") certifies that, at this time, the following party (or parties) may have a pecuniary interest in the outcome of this case: The Hartford Financial Services Group, Inc. HARTFORD certifies that, at this time, counsel and HARTFORD are not aware of any other parties not a party to this action who may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: May 9, 2016

WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.

By: /s/ Donna R. Tobar
Donna R. Tobar
dtobar@watttieder.com
Attorneys for Plaintiff HARTFORD FIRE INSURANCE COMPANY

10334446.1 101552.00035