JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation, for itself and as assignee and subrogee of CHEGINI ENTERPRISES, INC., dba SMC CONSTRUCTION COMPANY,<br><br>                Plaintiffs,<br><br>   v.<br><br>OCEANS-ONE INTERIOR DRYWALL, INC. dba A&P DRYWALL, and DOES 1 through 10, inclusive<br><br>                Defendants. | Case No. EDCV 16-00945-JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed concurrently herewith, Plaintiff Hartford Fire Insurance Company's Application for Default Judgment Against Defendant Oceans-One Interior Drywall is GRANTED.  Plaintiff is AWARDED $305,067.65, plus costs and post-judgment interest.  Judgment is entered in favor of Plaintiff Hartford Fire Insurance Company.

Dated: October 31, 2016

                                                _____
                                                THE HONORABLE JESUS G. BERNAL
                                                United States District Judge